| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Tammie Jean Young** | Social Security number or ITIN | **xxx–xx–1873** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **LaDarrel Antown Young** | Social Security number or ITIN | **xxx–xx–8146** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of Utah | | Date case filed for chapter **7**: **8/25/23** | |
| Case number:   **23–23701   PH** | | | |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov) or by calling the Voice Case Information System (VCIS) at 1–866–222–8029.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Tammie Jean Young | LaDarrel Antown Young |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 735 East 300 North<br>Spanish Fork, UT 84660 | 735 East 300 North<br>Spanish Fork, UT 84660 |
| 4. | **Debtor's attorney**<br>Name and address | Douglas L. Barrett<br>1215 S Main Street<br>Orem, UT 84058 | Contact phone (801) 221–9911<br><br>Email: dlb@dlblaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | George B. Hofmann IV<br>Cohne Kinghorn, P.C.<br>111 East Broadway<br>11th Floor<br>Salt Lake City, UT 84111 | Contact phone (801) 363–4300<br><br>Email:  trustee@ck.law |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **1**
Date Generated: 9/5/23                                                                         For more information, see page 2 >

Debtor **Tammie Jean Young** and **LaDarrel Antown Young**                                                                                          Case number **23–23701**

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court District of Utah<br>350 South Main #301<br>Salt Lake City, UT 84101<br><br>Clerk of Court: David A. Sime | Hours open: 8:00 AM to 4:30 PM, Monday – Friday<br><br>Contact phone: (801) 524–6687<br><br>Website: www.utb.uscourts.gov |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date.<br><br>All individual debtor(s) must provide picture identification and proof of social security number to the trustee. Failure to do so may result in your case being dismissed. | Meeting to be held on:<br>**September 26, 2023 at 03:00 PM**<br><br>Location:<br>**The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (385) 363–3790, Enter Meeting ID 406 926 4834, and Passcode 5717443670** |
| | | For additional meeting information go to https://www.justice.gov/ust/moc | |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 11/27/23 |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of Utah

In re:     Case No. 23-23701-PH
Tammie Jean Young     Chapter 7
LaDarrel Antown Young
     Debtors

# CERTIFICATE OF NOTICE

District/off: 1088-2     User: admin     Page 1 of 3
Date Rcvd: Sep 05, 2023     Form ID: 309A     Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tammie Jean Young, LaDarrel Antown Young, 735 East 300 North, Spanish Fork, UT 84660-1962 |
| 12287665 | + | Aarons, 5688 S Redwood Rd, Salt Lake City, UT 84123-5394 |
| 12287673 | + | CBE Group, Payment Processing Center, PO Box 4060, Waterloo, IA 50704-4060 |
| 12287674 | | Central Utah Surgical Center, PO Box 271472, Salt Lake City, UT 84127-1472 |
| 12287675 | + | Central Utah Surgical Center, 1067 No. 500 West, Provo, UT 84604-3305 |
| 12287676 | + | Cherrington Firm, 746 East 1910 South, Suite 3, Provo, UT 84606-6225 |
| 12287691 | + | Naoimi Snyder, Office of Recovery Services, PO Box 45033, Salt Lake City, UT 84145-0033 |
| 12287699 | + | Redrock Financial, 4842 South State Street, Murray, UT 84107-4822 |
| 12287701 | | Sean Morrissey/Sean Umipig, Johnson Mark LLC, PO Box 7811, Sandy, UT 84091-7811 |
| 12287703 | + | Spinal Interventions, 280 W. River Park Dr., Ste. 200, Provo, UT 84604-5793 |
| 12287709 | | Wells Fargo, 1 Home Campus X2303-01a, Des Moines, IA 50326 |
| 12287713 | + | William A. Mark, Esq., P.O. Box 7811, Sandy, UT 84091-7811 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dlb@dlblaw.com | Sep 06 2023 01:58:00 | Douglas L. Barrett, 1215 S Main Street, Orem, UT 84058 |
| tr | + | EDI: FGBHOFMANN | Sep 06 2023 05:57:00 | George B. Hofmann, IV, Cohne Kinghorn, P.C., 111 East Broadway, 11th Floor, Salt Lake City, UT 84111-5238 |
| 12287666 | + | Email/Text: e-bankruptcy@americafirst.com | Sep 06 2023 01:59:00 | American First Credit Union, Attn: Bankruptcy, Po Box 9199, Ogden, UT 84409-0199 |
| 12287667 | + | Email/Text: e-bankruptcy@americafirst.com | Sep 06 2023 01:59:00 | American First Credit Union, 1344 W 4675 S, Riverdale, UT 84405-3690 |
| 12287668 | + | Email/Text: banko@bonncoll.com | Sep 06 2023 01:59:00 | Bonneville Collections, PO Box 150621, Ogden, UT 84415-0621 |
| 12287669 | | Email/Text: banko@bonncoll.com | Sep 06 2023 01:59:00 | Bonneville Collections, 1186 E 4600 S., Suite 100, Ogden, UT 84403-4896 |
| 12287670 | + | Email/Text: banko@bonncoll.com | Sep 06 2023 01:59:00 | Bonneville Collections, 6026 Fashion Point Drive, Ogden, UT 84403-4851 |
| 12287671 | + | EDI: CAPITALONE.COM | Sep 06 2023 05:51:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 12287672 | + | EDI: CAPITALONE.COM | Sep 06 2023 05:51:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 12287678 | + | Email/Text: bankruptcy@credencerm.com | Sep 06 2023 01:59:00 | Credence Resource Management, LLC, 4222 Trinity Mills Suite 260, Dallas, TX 75287-7666 |
| 12287677 | + | Email/Text: bankruptcy@credencerm.com | | |

Case 23-23701    Doc 9    Filed 09/07/23    Entered 09/07/23 22:21:30    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 1088-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 05, 2023 | Form ID: 309A | Total Noticed: 52 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | Sep 06 2023 01:59:00 | Credence Resource Management, LLC, Attn: Bankruptcy, 4222 Trinity Mills Road Suite 260, Dallas, TX 75287-7666 |
| 12287679 | + Email/Text: ebnnotifications@creditacceptance.com | Sep 06 2023 01:58:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 12287680 | + Email/Text: ebnnotifications@creditacceptance.com | Sep 06 2023 01:58:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 12287681 | + EDI: CCS.COM | Sep 06 2023 05:57:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 12287682 | + EDI: CCS.COM | Sep 06 2023 05:57:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 12287683 | + Email/PDF: creditonebknotifications@resurgent.com | Sep 06 2023 02:02:02 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 12287684 | + Email/PDF: creditonebknotifications@resurgent.com | Sep 06 2023 02:02:01 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 12287685 | + EDI: PHINGENESIS | Sep 06 2023 05:57:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 12287686 | + EDI: PHINGENESIS | Sep 06 2023 05:57:00 | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |
| 12287687 | + EDI: IRS.COM | Sep 06 2023 05:57:00 | IRS, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 12287688 | + Email/Text: Bankruptcy@jmlaw.com | Sep 06 2023 01:59:00 | Johnson Mark, LLC, P.O. Box 7811, Sandy, UT 84091-7811 |
| 12287689 | Email/Text: govtaudits@labcorp.com | Sep 06 2023 01:58:00 | LabCorp, PO Box 2240, Burlington, NC 27216 |
| 12287690 | + EDI: PHINGENESIS | Sep 06 2023 05:57:00 | Milestone, PO Box 84059, Columbus, GA 31908-4059 |
| 12287692 | ^ MEBN | Sep 06 2023 01:54:43 | National Debt Relief, 180 Maiden Ln 30th Floor, New York, NY 10038-5019 |
| 12287694 | + EDI: MAXMSAIDV | Sep 06 2023 05:51:00 | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 12287693 | + EDI: NAVIENTFKASMSERV.COM | Sep 06 2023 05:57:00 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 12287696 | Email/Text: bobbi@outsourcerec.com | Sep 06 2023 01:58:00 | Outsource Receivables Management, 1349 Washington Blvd, Ogden, UT 84404 |
| 12287695 | Email/Text: bobbi@outsourcerec.com | Sep 06 2023 01:58:00 | Outsource Receivables Management, Attn: Bankruptcy Dept, 1349 Washington Blvd, Ogden, UT 84404 |
| 12287697 | Email/Text: banko@preferredcredit.com | Sep 06 2023 01:58:00 | Preferred Credit Inc, 628 Roosevelt, St Cloud, MN 56301 |
| 12287698 | Email/Text: banko@preferredcredit.com | Sep 06 2023 01:58:00 | Preferred Credit Inc, Pob 1679, St Cloud, MN 56302 |
| 12287700 | + Email/Text: bankruptcy@rentacenter.com | Sep 06 2023 01:59:00 | Rent A Center, 940 S State St, Orem, UT 84097-7028 |
| 12287702 | Email/Text: bankruptcy@snapfinance.com | Sep 06 2023 01:58:00 | Snap Finance, PO Box 26561, Salt Lake City, UT 84126 |
| 12287704 | + Email/Text: ebn@recoupasset.com | Sep 06 2023 01:58:00 | Timberline Financial I, 369 E. State Road, Pleasant Grove, UT 84062-3616 |
| 12287706 | + Email/Text: EDBKNotices@ecmc.org | Sep 06 2023 01:58:00 | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 12287705 | + Email/Text: ECMCBKNotices@ecmc.org | Sep 06 2023 01:58:00 | U.S. Department of Education, Ecmc/Attn: |

| District/off: 1088-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 05, 2023 | Form ID: 309A | Total Noticed: 52 |

| | | | | |
|---|---|---|---|---|
| | | | | Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 12287707 | + | Email/Text: bankruptcy@utbrs.com | Sep 06 2023 01:59:00 | Utah Billing & Recover, 3480 Washington Blvd Ste, Ogden, UT 84401-4150 |
| 12287708 | | EDI: UTAHTAXCOMM.COM | Sep 06 2023 05:51:00 | Utah State Tax Commission, Taxpayer Services Division, 210 North 1950 West, Salt Lake City, UT 84134-3340 |
| 12287710 | | EDI: WFFC2 | Sep 06 2023 05:51:00 | Wells Fargo, MAC S4101-08D, PO Box 29482, Phoenix, AZ 85038-9482 |
| 12287712 | | EDI: WFFC2 | Sep 06 2023 05:51:00 | Wells Fargo, PO Box 17900, Denver, CO 80217-0900 |
| 12287711 | + | EDI: WFFC2 | Sep 06 2023 05:51:00 | Wells Fargo, PO Box 71118, Charlotte, NC 28272-1118 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2023　　　　　　　Signature:　　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2023 at the address(es) listed below:

**Name**　　　　**Email Address**

Douglas L. Barrett
　　on behalf of Joint Debtor LaDarrel Antown Young dlb@dlblaw.com  ecf.dlblaw@gmail.com;officelr68217@notify.bestcase.com

Douglas L. Barrett
　　on behalf of Debtor Tammie Jean Young dlb@dlblaw.com  ecf.dlblaw@gmail.com;officelr68217@notify.bestcase.com

George B. Hofmann, IV
　　trustee@ck.law  mparks@ck.law;apetersen@ck.law;UT16@ecfcbis.com;gbh@trustesolutions.net

United States Trustee
　　USTPRegion19.SK.ECF@usdoj.gov

TOTAL: 4